

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-70,511-01

### EX PARTE JOE LUNA

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2006-CR-0033-W1 IN THE 379TH DISTRICT COURT
### BEXAR COUNTY

*Per curiam*. RICHARDSON and YEARY, JJ., not participating.

### O R D E R

This is a post conviction application for a writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure article 11.071.

Applicant was convicted in March 2006 of a capital murder committed in February 2005. TEX. PENAL CODE ANN. § 19.03(a). Based on the jury's answers to the special issues set forth in the Texas Code of Criminal Procedure article 37.071, sections 2(b) and 2(e), the trial court sentenced him to death. TEX. CODE CRIM. PROC. art. 37.071, § 2(g). This Court

affirmed applicant's conviction and sentence on direct appeal. *Luna v. State*, 268 S.W.3d 594 (Tex. Crim. App. 2008).

Applicant presented five allegations in his application in which he challenges the validity of his conviction and sentence. The trial court held a live evidentiary hearing. As to all of these allegations, the trial judge entered findings of fact and conclusions of law and recommended that relief be denied.

This Court has reviewed the record with respect to the allegations made by applicant. We agree with the trial judge's recommendation and adopt the trial judge's findings and conclusions, except for findings and conclusions II (5), V (D)(2), and V (D)(3), which we reject. Based upon the trial court's findings and conclusions and our own review of the record, relief is denied.

IT IS SO ORDERED THIS THE 22ND DAY OF APRIL, 2015.

Do Not Publish